**582 GOTT vs. SUPERIOR COURT JUDGE (Detroit), 42 M., 625.**

To require respondent to enter a judgment for costs in favor of relator, who is defendant in an action of assumpsit, wherein the declaration contained a special count and the common counts; upon the trial, upon defendant's motion, plaintiff elected to seek recovery on the special count and had judgment, which was reversed in the Supreme Court, which found that the special count contained no cause of action; plaintiff then discontinued as to the special count, and defendants, assuming that the election on the former trial had cut off recourse to the general counts, moved for judgment for costs.

Denied February 11, 1880, with costs.

**583 HEWITT vs. CIRCUIT JUDGE (Ingham), 44 M., 153.**

To vacate a judgment as to costs, in a case where plaintiff recovered judgment in Justice Court for $248.66, and on appeal the judgment was reduced to $104, and costs were given to defendant.

Denied June 23, 1880, with costs.

Held, that costs in such cases are under the control of the court, and its discretion in deciding thereon will not be reviewed.

**584 CHICAGO & WEST MICH. RY. CO. vs. CIRCUIT JUDGE (Muskegon), No. 15479½.**

To compel a re-taxation of plaintiff's costs in a suit commenced against respondent, wherein the declaration contained three counts, and plaintiff withdrew his claim for a recovery under two of the counts, and the objection was that the bill as taxed included the fees of a witness who was called to sustain the claim under one of the counts withdrawn.

Order to show cause denied March 12, 1896.